UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
Gainesville Division

CHARLES CROWE,

        Plaintiff,

vs.

CASE NO. 2:16-cv-00044-WCO-JCF

CENTRAL CREDIT SERVICES, INC.; and
DOES 1-10, inclusive,

        Defendants.
_____ /

## NOTICE OF PENDING SETTLEMENT

Defendant, Central Credit Services, Inc. (CCS), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 17, 2016

        Respectfully Submitted,

        /s/ Wendi E. Fassbender
        Wendi E. Fassbender, Esq.
        GA Bar No. 179133
        Sessions, Fishman, Nathan & Israel, L.L.C.
        14 Coopers Glen Drive, SW
        Mableton, GA 30126-2584

                Telephone: (678) 209-7492
                Facsimile: (877) 480-5639
                E-mail: wfassbender@sessions.legal

*Attorneys for Defendant,*
*Central Credit Services, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 17th day of March 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

                Lemberg Law, LLC
                Sergei Lemberg, Esq.
                43 Danbury Road
                Wilton, CT 06897
                slemberg@lemberglaw.com

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

                <u>/s/ Wendi E. Fassbender, Esq.</u>
                Wendi E. Fassbender, Esq.
                Georgia  Bar No.: 179133
                Sessions, Fishman, Nathan & Israel, L.L.C.

                *Attorneys for Defendant,*
                *Central Credit Services, Inc.*