UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Charles Crowe,<br><br>    Plaintiff,<br>v.<br><br>Central Credit Services, Inc.,; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.:  2:16-cv-00044-WCO-JCF |

## PLAINTIFF CHARLES CROWE'S NOTICE OF VOLUNTARY <u>DISMISSAL WITH PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Charles Crowe, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: May 9, 2016

              Respectfully submitted,

              /s/  Sergei Lemberg, Esq.
              Attorney Bar No.: 598666
              Attorney for Plaintiff Charles Crowe
              LEMBERG LAW, L.L.C.
              43 Danbury Road
              Wilton, CT 06897
              Telephone: (203) 653-2250
              Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2016, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

                                            /s/ Sergei Lemberg
                                            Georgia Bar No. 598666
                                            Attorney for Plaintiff